PER CURIAM.
Affirmed. See Fla. R. App. P. 9.315; Jackson v. Jones, SC17-201, 2017 WL 1398594 (Fla. Apr. 19, 2017); Baker v. State, 878 So.2d 1236 (Fla. 2004); Bizzell v. State, 912 So.2d 386 (Fla. 2d DCA 2005); State v. Broom, 523 So.2d 639 (Fla. 2d DCA 1988); Farrell v. State, 62 So.3d 20 (Fla. 1st DCA 2011); Branch v. State, 990 So.2d 585 (Fla. 3d DCA 2008); Thier v. State, 967 So.2d 259 (Fla. 3d DCA 2007); Jackson v. State, 837 So.2d 490 (Fla. 3d DCA 2003).
NORTHCUTT, KHOUZAM, and LUCAS, JJ., Concur.